UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

FILED ___ LODGED ___ RECEIVED
MAY 03 2017
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

| | |
|---|---|
| KURT R. MADSEN<br>PETITIONER<br>V.<br>UNITED STATES OF AMERICA AND WASHINGTON<br>DEFENDANTS | C17-5263<br><br>REQUEST FOR SERVICE BY UNITED STATES MARSHALS |

I, KURT R. MADSEN, REQUEST THE COURT ORDER THE UNITED STATES MARSHAL SERVICE TO SERVE THE DEFENDANTS (AS AUTHORIZED BY FRCP RULE 4(C)(3)) A COPY OF THE APPLICATION FOR WRIT OF HABEAS CORPUS AND HAVE THEM ANSWER WHY I SHOULD NOT BE FREED FROM INVOLUNTARY SERVITUDE AND INVOLUNTARY MEDICATION.

THE UNITED STATES ATTORNEY GENERAL IN WASHINGTON D.C. SHOULD ALSO BE SERVED, SINCE I WAS TAKEN FROM THERE WITHOUT DUE PROCESS OF 18 USC 3182 IN AN ARTICLE 3 COURT.

IF THE COURT COULD ALSO SET A HEARING AS SOON AS POSSIBLE TO GO OVER SOME DISCOVERY ISSUES, AS I DO NOT HAVE ACCESS TO A COMPETENT COMPUTER TO OBTAIN EVIDENCE FROM OTHER APPLICATIONS WHICH I BELIEVE 28 USC 2243 ALLOWS. HOWEVER, NO ACCESS TO USCODE.HOUSE.GOV.

I'M TREATED LIKE AN 1860 HOUSE NIGGER!

RESPECTFULLY APRIL 27, 2017        KURT R. MADSEN