UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KURT R MADSEN,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. 3:17-CV-05263-RBL-JRC

REPORT AND RECOMMENDATION

NOTED FOR: JULY 14, 2017

Petitioner, proceeding *in forma pauperis* and *pro se*, initiated this action by filing a document entitled 2241 Petition for Writ of Habeas Corpus. Dkt. 1-1; Dkt. 4.

After completing an initial screening of the petition, the Court declined to serve the petition. The Court determined that the filing was defective because petitioner did not present his claims on the Court's form for 28 U.S.C. § 2241 habeas petitions, it was not directed at the correct respondent, and petitioner had not properly identified his claims or indicated the procedural history relating to his claims. The Court ordered petitioner to correct the deficiencies in his petition on or before May 29, 2017. Dkt. 5. Petitioner was notified that his failure to comply with the Court's order may result in the Court recommending dismissal of this case. *Id.*

REPORT AND RECOMMENDATION - 1

1  Petitioner has not filed an amended petition to correct the deficiencies contained within
2  the petition. *See* Dkt. The Court notes that on May 3, 2017, petitioner filed a motion for service by
3  the United States Marshal, however, in that motion, petitioner fails to provide any additional
4  information regarding his habeas petition, including the nature of his claims. *See id.* Thus,
5  petitioner's motion for service does not comply with the Court's April 28, 2017 order. As
6  petitioner has failed to respond to the Court's order and prosecute this case, the Court
7  recommends this case be dismissed without prejudice. The Court also recommends all pending
8  motions be denied as moot.

9  Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil
10 Procedure, the parties shall have fourteen (14) days from service of this Report to file written
11 objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those
12 objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time
13 limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **July 14,**
14 **2017**, as noted in the caption.

15  Dated this 19th day of June, 2017.

J. Richard Creatura
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2