UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KURT R. MADSEN,

                    Petitioner,

        v.

UNITED STATES OF AMERICA, et al.,

                    Respondents.

CASE NO. 17-cv-5263 RBL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura and the remaining record, does hereby find and **ORDER:**

(1)    The Court adopts the Report and Recommendation [Dkt. #7].

(2)    As petitioner has failed to respond to the Court's order and to prosecute this case, the Court ORDERS that this case be dismissed without prejudice. The Court also ORDERS that all pending motions are denied as moot.

**DATED** this 17th day of July, 2017.

Ronald B. Leighton
United States District Judge

ORDER - 1